UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL ROBERTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-01349 WBS DB P<br><br><br>ORDER |

  Plaintiff, a state prisoner, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that defendants violated his First Amendment rights by withholding his incoming mail. Plaintiff filed a motion to proceed in forma pauperis, which the court granted. (ECF Nos. 2, 9.) On June 2, 2023, defendants filed a motion to revoke plaintiff's in forma pauperis status. (ECF No. 37.) Plaintiff was required to file a response on or before June 23, 2023. E.D. Cal. R. 230(l).

  That date has now passed, and plaintiff has not filed a response to defendants' motion to revoke his in forma pauperis status. Accordingly, plaintiff is ordered to file an opposition or statement of no opposition to defendants' motion, or show cause in writing why this action should not be dismissed for failure to prosecute and failure to comply with court orders.

////

IT IS HEREBY ORDERED that:

1. Within thirty days of the date of this order, plaintiff shall either file an opposition or statement of no opposition to defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 37), or show cause in writing why this case should not be dismissed for failure to prosecute and failure to comply with court orders; and

2. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: July 7, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/robe1349.no opp.show cause